■ OLIVE MANNING, Appellant, v. WILLIAM J. BURK et al., Respondents.— Motion to require appellant to correct record on appeal denied. Memorandum: The problems concerning the completeness of the record should be determined by the Special Term Justice.

■ DOMM BROTHERS, INC., Respondent, v. WESTRIDGE REALTY INC., Appellant, et al., Defendants.— Motion granted to prosecute appeal on one typed copy of stenographic minutes, one original and five typed copies of other papers constituting record on appeal and five typed appellant's briefs.

■ FRANZ FARR, Appellant, v. ELBERT C. HARDY, Respondent, et al., Defendant.— Motion to relieve appellant of operation of rule X of the Rules of the Appellate Division, Fourth Department, granted and respondent directed to file and serve brief on or before October 4, 1962, and time for argument of appeal extended to November 1962 Term.

■ FRANCIS NOAH, Appellant, v. LEO BERGER et al., Respondents.— Application for final order of dismissal of appeal denied and appeal set down for argument at October 1962 Term.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT BUCK. (B) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM R. LISS. (C) THE PEOPLE OF THE STATE OF NEW YORK v. RICHARD JOHN SIMARI.— [In each case] Motion granted and time for argument of appeal enlarged to include November 1962 Term.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES F. ANDERSON (Richard Hillman, Esq.). (B) THE PEOPLE OF THE STATE OF NEW YORK v. BENNIE JACKSON (Walter C. Eves, Esq.).— [In each case] Motion granted to prosecute appeal on original papers and counsel assigned.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT BURD, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK CICERO, Appellant.— Appeal dismissed on stipulation.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HORACE K. COOK, Appellant.— Reargument of motion granted, and upon reargument, motion granted to prosecute appeal on original papers, typed briefs, and otherwise denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. CORNELIUS ASKEW (Thomas R. Beecher, Jr., Esq.). (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. EARNEST BEAL v. WALTER H. WILKINS, as Warden of Attica Prison (Stanley Moskal, Jr., Esq.). (C) THE PEOPLE OF THE STATE OF NEW YORK v. CLIFFORD L. BURGETT (Gerald R. Barrett, Esq.). (D) THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL L. CHOMENTOWSKI (A. E. Schulgasser, Esq.). (E) THE PEOPLE OF THE STATE OF NEW YORK v. KENNETH K. FROST (William S. Andrews, Esq.). (F) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN T. GLEASON (Joseph C. Tisdall, Esq.). (G) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIE GLOVER (Robert C. Stewart, Esq.). (H) THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS L. JENNINGS (Raymond J. De Silva, Esq.). (I) THE PEOPLE OF THE STATE OF NEW YORK v. ARTHUR JOHNSON (Dale Manchester, Esq.). (J) THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE JONES (Allan H. Kaminsky, Esq.). (K) THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE LEWIS (William J. Allen, Esq.). (L) THE PEOPLE OF THE STATE OF NEW YORK v. DONALD R. PARWULSKI (Stephen Kelly, Esq.). (M) THE PEOPLE OF THE STATE OF NEW YORK v. GERALD MCMILLAN (James Dwyer, Esq.). (N) THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES JUNIOR METCALF (George Francis, Esq.). (O) THE PEOPLE OF THE STATE OF NEW YORK v. JACOB NEWMAN (Robert M. Schantz, Esq.). (P) THE PEOPLE OF THE STATE OF NEW YORK v. SALVATORE PASSANTE (Willis B. Lemon,

Esq.). (Q) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT M. SKIDDERS (John Del Vecchio, Esq.). (R) THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT STRONG (Daniel Mooney, Esq.). (S) THE PEOPLE OF THE STATE OF NEW YORK v. STEVE WUKICH (John M. Freyer, Esq.). (T) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN YUKICH (Leon Katzen, Esq.).— [In each action] Motion granted to prosecute appeal on original records, typewritten briefs, and counsel assigned, as indicated.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LEO JOSEPH MLECZKO, Defendant.— Motion for a change of venue granted and trial of indictment removed to Cayuga County. (Order entered Sept. 6, 1962).

■ (A) BOARD OF EDUCATION OF THE CITY OF BUFFALO, Respondent, v. NIAGARA WRECKING & LUMBER Co. et al., Appellants. (B) NANCY CRISAFULLI, an Infant, by Her Guardian ad Litem, SAM CRISAFULLI, Appellant, v. GERMAIN TOLOFF, Respondent. (C) SAM CRISAFULLI, Appellant, v. GERMAIN TOLOFF, Respondent. (D) LARRY GRASS et al., Appellants, v. JOHN D. HILL et al., Respondents. (E) WARDEN GRIEBEL, Appellant, v. WILLIAM B. LEWIS, Respondent. (F) VINCENT T. HAYES et al., Respondents, v. SALVATORE C. PACE, Doing Business as PACE BUILDERS, Appellant. (G) ANNA M. MCNICHOLS, as Administratrix of the Estate of JOSEPH T. MCNICHOLS, Deceased, Appellant, v. CITY OF BUFFALO et al., Respondents. (H) ELLA M. POLZIN et al., Appellants, v. GEORGE P. SAVAGE, as Executor, et al., Respondents.— [In each action] Motion granted and appeal dismissed.

■ HAROLD CROWELL et al., Respondents, v. STATE OF NEW YORK, Appellant.— Motion granted and order dismissing appeal vacated, upon condition that records and appellant's briefs are filed and served on or before September 19, 1962.

■ MICHAEL FEDERATION, Doing Business as CERTIFIED WELDING WORKS, Respondent, v. JARVIS & SPITZ, INC., Appellant.— Appeal dismissed unless records and briefs are filed and served on or before September 19, 1962.

■ LINDA GASPER, as Administratrix of the Estate of DONALD GASPER, Deceased, Respondent, v. FORD MOTOR COMPANY, Defendant-Appellant, and Third-Party Plaintiff-Appellant, and FREDERICK SEIFERT, Doing Business as MAIN WINDOW CLEANING Co., Respondent.— Motion granted and case adjourned to October 1962 Term for argument; respondents directed to file and serve briefs on or before October 4, 1962.

■ MARJORIE HAUSE et al., as Coexecutors of NELSON H. HAUSE, Deceased, Respondent, v. MORTON WASSERMAN et al., Appellants.— Motion granted and appeal dismissed, without costs.

■ ROSE PETROSSI, Appellant, v. GEORGE HITCHENS, Respondent.— Motion granted to prosecute appeal on one typewritten record, five typewritten copies of appellant's brief.

■ THOMAS D. POWELL, Respondent, v. JOSEPH NORBAN et al., Appellants.— Appeal dismissed unless records and briefs are filed and served on or before October 31, 1962.

■ BERNARD J. RYBARCZYK, Individually and as Administrator, et al., Appellants, v. JAMES F. CZAJA et al., Respondents.— Motion granted to prosecute appeal on original and five typewritten copies of record and five typewritten copies of appellant's brief.

■ MARTHA G. TAYLOR, Respondent, v. NIAGARA FRONTIER TRANSIT SYSTEM, INC., et al., Appellants.— Motion to dismiss appeal denied.

■ In the Matter of JAMES R. KELLEHER, as Executor of IDA R. KELLEHER, Deceased, Appellant. EDWARD HACKEMER, Respondent.— Motion to dismiss appeal denied; motion granted to prosecute appeal as a poor person and John J. Phelan, Esq., assigned as counsel to conduct appeal, and further granted